```
                                                    FILED
                                              JUDGMENT ENTERED
                                              (date) 5/12/03
                                              by _____
                                                  Deputy Clerk
                                               U.S. District Court
                                            Eastern District of California
                                               ✓   FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DALE ATKINS,

vs.                                  **JUDGMENT IN A CIVIL ACTION**

                                     CV-F-02-5609-AWI/SMS

RESOURCE DEVELOPMENT
INTERNATIONAL, LLC, et al,
_____/

      The Findings and Recommendations issued by the Magistrate Judge on March 17, 2003, are hereby adopted, and

      IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's application for default judgment is GRANTED.

Default Judgment is hereby entered in favor of Plaintiff and against defendants Donald L. Atkins and Ronald H. Berglund on Plaintiff's third claim and eleventh claim for $50,000, which is the consideration paid for the security, less income of $9,533.00 received, plus prejudgment interest at ten persent from the date of July 7, 2000, through the date of judgment.

At Plaintiff's request, the remaining claims are ordered dismissed.

DATED: 5/12/03

                                                      JACK L. WAGNER, Clerk

                                    By: _____
                                               Deputy Clerk

jgm.p
2/1/95



jv

United States District Court
for the
Eastern District of California
May 12, 2003

* * CERTIFICATE OF SERVICE * *
Entry on Civil Docket

1:02-cv-05609

Atkins

v.

Resource Dev Intl

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 12, 2003, I SERVED and ENTERED on the civil docket a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the office of the Clerk, or, pursuant to prior authorization by counsel, via facsimile.

David R Emerich                              AWI         SMS
Emerich and Fike
5220 North Palm Avenue
Suite A
Fresno, CA  93704-2209

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk